FILED
VANESSA L ARMSTRONG, CLERK
Dec 11 2020
U.S. DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY

AO 91 (Rev. 11/11) Criminal Complaint

# UNITED STATES DISTRICT COURT
## for the
## WESTERN DISTRICT OF KENTUCKY

| | |
|---|---|
| UNITED STATES OF AMERICA<br>v.<br><br>JOSEPH SAMIR ZAKHARI<br><br>*Defendant* | Case No. 3:20-mj-767 |

## CRIMINAL COMPLAINT

I, Richard Nord, the complainant in this case, state the following is true to the best of my knowledge and belief.

On or about and between October 7, 2019, and October 8, 2019, in Jefferson County in the Western District of Kentucky, the defendant violated:

| Code Section | Offense Description |
|---|---|
| 18 U.S.C. § 1470 | Attempted transfer of obscene material to a minor (under age 16) |
| 18 U.S.C. § 2251(a) | Attempted production of child pornography |
| 18 U.S.C. § 2422(b) | Attempted online enticement |

This criminal complaint is based on these facts:
   X   Continued on the attached sheet

_____
*Complainant's signature*
Richard Nord
Senior Special Agent, United States Secret Service
*Printed name and title*

Sworn to/attested to by the affiant in accordance with the requirements of Fed. R. Crim. P. 4.1 by telephone or other reliable electronic means

Date: December 11, 2020

City and State: Louisville, Kentucky

_____
*Judge's Signature*
REGINA S. EDWARDS
United States Magistrate Judge
*Printed Name and Title*

RMC:JEL

## AFFIDAVIT

I, Richard Nord, having been first duly sworn, do hereby depose and state as follows:

1. I am a Senior Special Agent (SSA), with the United States Secret Service (USSS). I have been employed with the USSS since 2000, and I am presently assigned to the Louisville Field Office and serve as the supervisor of the Kentucky Cyber Fraud Task Force. My duties include coordinating the investigation of criminal violations and, as a result of my training and experience as a Senior Special Agent, I have investigated violations relating to child exploitation and child pornography, including violations of pertaining to the production, transport, distribution, receipt, and possession of child pornography, in violation of 18 U.S.C. §§ 2252 and 2252A, as well as online enticement, in violation of 18 U.S.C. § 2422(b). I have made arrests and conducted searches pertaining to these types of investigations.

2. I have not included each and every fact known to me concerning this investigation. I have set forth only those facts that I believe are necessary to establish probable cause to believe that Joseph Samir Zakhari violated federal law by: (1) using a facility and means of interstate commerce, to knowingly attempt to persuade, induce, and entice an individual, who had not attained the age of 18 years, to engage in sexual activity for which a person may be charged with a criminal offense, in violation of 18 U.S.C. § 2422(b); (2) attempted to transfer obscene material to an individual under the age of 16, in violation of 18 U.S.C. § 1470; and attempted to use, persuade, induce, entice, and coerce a minor to engage in sexually explicit conduct for the purpose of producing visual depictions of such conduct, knowing and having reason to know that such visual depiction will be transported and transmitted using any means or facility of interstate or foreign commerce and in or affecting interstate or foreign commerce, in violation of 18 U.S.C. § 2251(a).

3. While overseeing an online, undercover investigation in October, 2019, I learned of

several individuals who were communicating through various social media applications with our undercover law enforcement officials.

4. During the investigation, law enforcement officials specifically trained to engage in online undercover communications created and maintained Undercover Personas (UC) of girls living in, or visiting, Louisville, Kentucky. On October 7, 2019, one of the participating law enforcement officers (using an online persona of 14-year-old Alyssa), was contacted over MeetMe by an unknown subject (UNSUB) with the username: John and a profile picture showing his face.

5. A conversation then developed over MeetMe that was made sexual by the subject. Of note, "John" asks the UC persona, who clearly and unequivocally identifies herself as a 14-year-old girl, for pictures of her "tits, ass, [and] pussy." He repeatedly asks for pictures from Alyssa and she repeatedly responds that she will not send nude images. After "John" makes several more requests for pictures from the undercover persona, Alyssa sends a message, "Send me a pic of u," to which "John" responds by sending a photo of a naked, erect, adult penis. He later sends a picture of his face in response to messages "Show me a pic of u Like what u look like,) from Alyssa. He goes on to ask Alyssa to engage in sexual activity with him. Specifically, he reminds Alyssa that he had sent her a picture of his "big dick," and asks, "would you ride it?"

6. The two continue communicating the next day. "John" tells Alyssa he is horny and asks if she wants to help. She responds, "And how would us do that." "John" replies, "You can come over and ride me." When Alyssa responds with smiley face emojies, "John" asks, "Is that a yes?" Alyssa tells him, "Yeah but I don't drive silly I'm 14." "John" tells her to "Take an uber."

7. During the same undercover operation, a different law enforcement official engaged in

2

online communications with several individuals, including a man identified as Joseph Samir Zakhari, currently charged in 3:19CR208-RGJ. The second law enforcement official used the UC persona of a 15-year-old girl with a screen name of "boredcrbgirl b." Zakhari and the 15-year-old UC persona communicated on the social media application KiK. Zakhari requested details about the 15-year-old UC persona's sexual history, asked for sexual images of her, sent sexual images of his penis, and requested to meet in person for the two of them to engage in sex acts. On October 8, 2019, Zakhari sent an Uber to pick up the 15-year-old UC persona decoy at a predetermined location in order to deliver her to a location specified by Zakhari (*i.e.*, 324 East Main, Louisville, Kentucky). The stated purpose of the trip was for Zakhari to perform sex acts with the 15-year-old UC persona.

8.  Undercover law enforcement officials followed the 15-year-old UC persona decoy in the Uber to the destination specified by Zakhari. While in route, the Uber driver advised the 15-year-old UC persona (at this point a female member of law enforcement), that he (the driver) had been directed to drop off the rider at 324 East Main Street, Louisville, Kentucky. Upon arrival at the East Main Street address, the 15-year-old UC persona (female officer using Affiant's undercover phone), was told via text message that Zakhari would meet her at the door. Shortly after the 15-year-old UC persona decoy arrived at the address, Zakhari, opened the door and stated to the UC, "hey, do you want to go inside?" Law enforcement officials arrested Zakhari.

9.  At the time of his arrest, Zakhari had an Apple iPhone in his possession. That phone was seized as potential evidence since both the KiK messenger application and Uber car service are accessed by mobile device. Later forensic examination of the phone confirmed that it was used to communicate with the 15-year-old UC persona. However, the examination also revealed part of Zakhari's communication with another individual, a 14-year-old girl. The 14-year-old was, in

fact, the undercover persona Alyssa.

10. The cellphone utilized by the law enforcement official posing as Alyssa was recently examined using Cellebrite. The Cellebrite extraction revealed the undercover officer's communications with "John," as set out above. The extraction included the excerpt of MeetMe chats recovered from "John's" phone as well as the entirety of communication as captured by the law enforcement officer posing as Alyssa. The profile picture used by "John," and facial photo sent by "John," to Alyssa are of Joseph Samir Zakhari. The penis picture "John" sent to Alyssa depicts the same materials sent by Zakhari to the 15-year-old UC persona. "John" and Zakhari are the same person.

11. Based on the foregoing, there is probable cause to believe that on or about and between October 7, 2019, and October 8, 2019, in the Western District of Kentucky, Jefferson County, Kentucky, Zakhari violated 18 U.S.C. §§ 1470, 2251(a), and 2422(b).

Richard Nord
Senior Special Agent,
United States Secret Service

Sworn to/attested to by the affiant in accordance with the requirements of Fed. R. Crim. P. 4.1 by telephone or other reliable electronic means this ___11th___ day of December 2020.

REGINA S. EDWARDS
United States Magistrate Judge

RMC:JEL

4